IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED

05 MAY 11 PM 5: 09

ROBERT R. ~ TROLIO
CLERK, U.S. DIST. CT.
OF TN, MEMPHIS

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION, D/B/A REGIONAL MEDICAL CENTER,<br>Plaintiff,<br><br>v.<br><br>AURORA FOODS, and<br>UNITED MEDICAL RESOURCES,<br>Defendants. | Civil Action No.: 03-CV-2250 |

## ORDER

AND NOW, this __11__ day of __May__, 200**5**, it is hereby ORDERED that the Emergency Motion to Reschedule Status Conference Set for May 16, 2005 filed by Defendants is GRANTED. The Status Conference shall rescheduled on __July 1__, 2005, at __9:00 AM__.

By the Court:

_[signature]_

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:03-CV-02250 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Elaine Cribbs Rizza
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Matthew S. Shorey
ARMSTRONG TEASDALE
One Metropolitan Square
Ste. 2600
St. Louis, MO 63102--274

Honorable Bernice Donald
US DISTRICT COURT