UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C
05 JUN 20 PM 2: 07
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORP.<br>d/b/a REGIONAL MEDICAL CENTER | JUDGMENT IN A CIVIL CASE |
| v. | |
| AURORA FOODS, and UNITED MEDICAL RESOURCES | CASE NO: 03-2250-D |

---

AURORA FOODS,

v.

SHELBY COUNTY HEALTH CARE CORP.
d/b/a REGIONAL MEDICAL CENTER

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order 1) Denying Defendants' Joint Motion To Dismiss/For Summary Judgment Regarding Plaintiff's Amended Complaint; 2) Denying Defendants' Joint Motion For Summary Judgment Regarding Defendants' Joint Amended Counterclaim; 3) Granting Plaintiff's Cross Motion For Summary Judgment With Regard To Plaintiff's Amended Complaint; And 4) Granting Plaintiff's Cross Motion For Summary Judgment With Regard To Defendants' Joint Amended Counterclaim entered on May 19, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

Date _Jun 20, 2005_

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _6-20-05_

(57)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CV-02250 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Matthew S. Shorey
ARMSTRONG TEASDALE
One Metropolitan Square
Ste. 2600
St. Louis, MO 63102--274

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Elaine Cribbs Rizza
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Honorable Bernice Donald
US DISTRICT COURT